AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

BUILDING SERVICE 32BJ
BENEFIT FUNDS

**SUMMONS IN A CIVIL CASE**

V.

FINE ART BUILDING SERVICES INC.

CASE NUMBER: 07 CV 902
JUDGE BUCHWALD

TO: (Name and address of defendant)

Fine Art Building Services Inc.
1202 Lexington Avenue
Suite 348
New York, NY 10028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raab, Sturm & Goldman, LLP
317 Madison Avenue
Suite 1708
New York, New York 10017

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _/s/ Marcos Quintero_

(BY) DEPUTY CLERK

DATE   FEB 0 7 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                          Signature of Server

                                          _____
                                          Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Raab, Sturm

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 3/13/07 |
|---|---|
| NAME OF SERVER (PRINT) Theresa Balfe | TITLE Licensed Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Secretary of State 41 State Street Albany, NY 1:00pm left with Donna Christie 40yrs. 5'2" blonde 139lbs. <Summons in a Civil Case>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/13/07
Signature of Server: Theresa A. Balfe

Address of Server: P.O. Box 11 Voorheesville, NY 12186

Building Service 32BJ
Benefit Funds
vs.
Fine Art Building Services, Inc.

(Served Fine Art Building Services, Inc.)

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

LINDA M. PASQUALI
Notary Public -- State of New York
No. 01PA6117191
Qualified in Albany County
Commission Expires October 18, 2008

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2/27/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KENNETH J SCOTT | ASSOC. INV. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: "ARI" - Clerk

☐ Returned unexecuted: _____

☑ Other (specify): 1202 Lexington Avenue is a Mail drop. Suite 348 is Box 348

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/1/07
           Date

Signature of Server: Kenneth J Scott

Address of Server: c/o WSPC - 9 Inwood St, Yonkers, NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.